**STATE v. WRIGHT**

[360 N.C. 80 (2005)]

STATE OF NORTH CAROLINA v. DOUGLAS SHANE WRIGHT

No. 483A05

(Filed 1 December 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 616 S.E.2d 366 (2005), finding prejudicial error in judgments entered 20 October 2003 by Judge Evelyn W. Hill in Superior Court, Alamance County, and ordering a new trial. Heard in the Supreme Court 15 November 2005.

*Roy Cooper, Attorney General, by Chris Z. Sinha, Assistant Attorney General, for the State-appellant.*

*Robert T. Newman, Sr. for defendant-appellee.*

PER CURIAM.

AFFIRMED.